No. 04–6036. BARRETT *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 04–6044. RISDAL *v.* VILSACK, GOVERNOR OF IOWA, ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 04–6059. SPURLOCK *v.* ARMY CORPS OF ENGINEERS. C. A. 4th Cir. Certiorari denied. 

No. 04–6060. EVANS *v.* CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–6071. LA COCK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 04–6072. MCKINNEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 04–6077. FREE, AKA COIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–6079. UNDERWOOD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 04–6097. WARD *v.* BARRON, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 04–6100. CANTILLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 04–6101. BLACK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 04–6103. DICKERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 04–6105. CROSS *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. 

No. 04–6107. MCLEAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 04–6109. MYERS *v.* WILSON, SUPERINTENDENT, MISSIS-SIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 04–6111. PEREZ-OLIVO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.